UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BETTY HUNTER<br>   *Plaintiff*<br><br>v.<br><br>CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC<br>   *Defendant* | CIVIL ACTION NO.<br><br><br>JUDGE _____<br>MAG. JUDGE _____ |

### NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

NOW INTO COURT, comes Defendant, **Cornerstone Hospital of Southwest Louisiana, LLC**, and pursuant to 28 U.S.C. §1441, with full reservation of rights and defenses, respectfully submits this Notice of Removal of a civil action currently pending against it in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

In support of this removal notice, Cornerstone states:

1.

**Cornerstone Hospital of Southwest Louisiana, LLC** has been made a defendant in a civil action pending in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, captioned as: *Betty Hunter, Individually v. Cornerstone Hospital of Southwest Louisiana*, *LLC* and bearing Docket No. 2014-2192, Division F.

2.

**Cornerstone Hospital of Southwest Louisiana, LLC** first received notice of this suit on or about June 27, 2014, when it was served, through C T Corporation System, with a copy of the Plaintiff's original Petition for Damages.

3.

**Cornerstone Hospital of Southwest Louisiana, LLC** did not receive notice of the lawsuit before June 20, 2014, the date on which Plaintiff's original Petition for Damages was filed in state court.

4.

This removal notice is being filed within thirty (30) days of Defendant **Cornerstone Hospital of Southwest Louisiana, LLC's** first receipt on June 27, 2014, though service or otherwise, of the initial pleadings setting forth Plaintiff's claims for relief upon which the action is based.  This removal notice is also being filed less than one year after suit was commenced in state court on June 20, 2014.  Therefore, this removal notice is timely under 28 U.S.C. §1446(b).

5.

Pursuant to 28 U.S.C. §1441(a), the United States District Court for the Western District of Louisiana is the federal district court for the district embracing the place where the state court suit is pending.

6.

Defendant **Cornerstone Hospital of Southwest Louisiana, LLC**, through undersigned counsel, will serve by mail and/or email a notice of the filing of this removal notice to Plaintiff and will cause a copy of this removal notice to be filed with the Clerk

of Court of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, as required by 28 U.S.C. §1446(d).

7.

This Court has original jurisdiction over this suit pursuant to 28 U.S.C. §1332 and §1441 in that the Plaintiff's Petition for Damages, a copy of which is attached hereto as **Exhibit 1**, involve claims between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.

Although the Plaintiff pleads no specific amount of damages in her prayer for relief, in conformity with Louisiana Code of Civil Procedure Article 893, Defendant **Cornerstone Hospital of Southwest Louisiana, LLC** reasonably believes, based on the allegations set for the Plaintiff's Petition for Damages, that the amount in controversy exceeds the jurisdictional minimum amount of $75,000.

9.

This lawsuit involves claims for personal injury. Plaintiff alleges that Defendant, its staff and employees deviated from the standard of care, causing her to suffer severe physical pain, progressive and musculoskeletal deterioration, severe emotional stress, loss of enjoyment of life, past and future, and past medical expenses. Therefore, upon information and good faith belief, the total amount of damages claimed by Plaintiff exceeds the jurisdictional amount of $75,000, exclusive of interest and costs.

10.

The Plaintiff's original Petition for Damages names only one Defendant: Cornerstone Hospital of Southwest Louisiana, LLC.

11.

Complete diversity of citizenship exists between Plaintiff and Defendant in that:

(a) As alleged in the introductory paragraph of her Petition for Damages, Plaintiff is a person of the full age of majority of the State of Louisiana, Parish of Calcasieu;

(b) The citizenship of a limited liability company ("LLC") is determined by the citizenship of all its members. *Harvey v. Grey Wolf Drilling* Co., 542 F.3d 1077, 1081 (5th Cir. 2008). Here, **Cornerstone Hospital of Southwest Louisiana, LLC** is a citizen of Delaware and Texas based on the following:

(1) Defendant **Cornerstone Hospital of Southwest Louisiana, LLC** is a Delaware limited liability company, and its sole member is CS Healthcare Louisiana, LLC. (*See* **Exhibit 2**, website printout from the Delaware Secretary of State for Cornerstone Hospital of Southwest Louisiana, LLC; and **Exhibit 3**, "Joint Consent of Sole Member and Board of Managers in Lieu of Meeting of Cornerstone Hospital of Southwest Louisiana, LLC"); [1]

(2) **CS Healthcare Louisiana, LLC** is a Delaware limited liability company, and its sole member is Cornerstone Healthcare Group Holding, Inc. (*See* **Exhibit 5**, website printout from the Delaware Secretary of State for CS HealthCare Louisiana, LLC; and **Exhibit 6**, "Joint Consent of Sole Member and Board of Managers in Lieu of Meeting of CS Healthcare Louisiana,

---

[1] The principal business office of Cornerstone Hospital of Southwest Louisiana, LLC is located at 2200 Ross Avenue, Suite 5400, Dallas, Texas 75201. (*See* **Exhibit 4**, website printout from the Louisiana Secretary of State for Cornerstone Hospital of Southwest Louisiana, LLC).

LLC"); [2] and

(3) **Cornerstone Healthcare Group Holding, Inc.** is a domestic corporation incorporated on the State of Delaware, with its principal place of business (i.e., where the corporation's high level officers direct, control and coordinate the corporation's activities) [3] and its corporate headquarters located at 2200 Ross Avenue, Suite 5400, in Dallas, Texas 75201.[4]  (*See* **Exhibit 8,** Affidavit of Kurt Schultz, Treasurer of **Cornerstone Healthcare Group Holding, Inc.;** and **Exhibit 9**, website printout from the Delaware Secretary of State for Cornerstone Healthcare Group Holding, Inc.).

## PRAYER

**WHEREFORE**, considering the premises, Defendant **Cornerstone Hospital of Southwest Louisiana, LLC** respectfully prays that this removal notice be deemed good and sufficient and that the matter pending in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, captioned as *Betty Hunter v. Cornerstone Hospital of Southwest Louisiana, LLC*, and bearing Docket No. 2014-2192, Division F, be removed to the docket of this Honorable Court.

---

[2]   The principal business office of CS Healthcare Louisiana, LLC is located at 2200 Ross Avenue, Suite 5400, Dallas, Texas.  (*See* **Exhibit 7**, website printout from the Louisiana Secretary of State for CS Healthcare Louisiana, LLC).

[3]   For purposes of diversity of citizenship under 28 U.S.C. §1332 and §1441, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign policy where it has its principal place of business…." 28 U.S.C. §1332(c)(1). The phrase "principal place of business" in 28 U.S.C. §1332(c)(1) refers to the place where the corporation's high level officers direct, control and coordinate the corporation's activities.  *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010).

[4]   The principal place of business and corporate headquarters of **Cornerstone Healthcare Group Holding, Inc.** and the principal business offices of **Cornerstone Hospital of Southwest Louisiana, LLC** and **CS Healthcare Louisiana, LLC** are all the same:  2200 Ross Avenue, Suite 5400, Dallas Texas.  (*See* fns. 1 & 2, *supra*).

Respectfully submitted,

_____
**PAUL G. PRESTON, T.A.   (Bar No. 10711)**
**LINDA M. UZEE     (Bar. No. 18701)**
The Preston Law Firm, L.L.C.
Mailing Address:
141 Robert E. Lee Boulevard, #118
New Orleans, LA 70124
70 Crane Street (Street Address)
Tel:  504-282-2530
Fax: 504-282-2531
**Attorneys for Defendant, Cornerstone**
**     Hospital of Southwest Louisiana, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2014, a copy of the foregoing pleading has been electronically filed using the CM/ECF system which will provide notice to all counsel of record, and/or a copy has also been served on all counsel of record by email, facsimile or depositing same in the United States mail, properly addressed and postage prepaid.

_____
Paul G. Preston