CT Corporation

**Service of Process Transmittal**
06/27/2014
CT Log Number 525227503

TO: Michael Wallace, Corporate Paralegal
Cornerstone Healthcare Group
2200 Ross Avenue, Suite 5400
Dallas, TX 75201

RE: **Process Served in Louisiana**

FOR: Cornerstone Hospital of Southwest Louisiana, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Betty Hunter, etc., Pltf. vs. Cornerstone Hospital of Southwest Louisiana, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 14th Judicial District Court, Parish of Calcasieu, LA<br>Case # 2014002492 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - Personal Injury - Defendant failed to meet the applicable standards of professional medical, nursing and rehabilitation care as a result plaintiff suffered injuries |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/27/2014 at 09:10 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | Lee M. Schwalben, M.D., J.D.<br>Lee M. Schwalben, M.D., J.D., LLC<br>616 Broad Street<br>Lake Charles, LA 70601<br>337-494-5757 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/30/2014, Expected Purge Date: 07/05/2014<br>Image SOP<br>Email Notification, Michael Wallace mwallace@chghospitals.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Trevor Garoutte<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

EXHIBIT 1

Page 1 of  1 / VG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

|  |  |  |
|---|---|---|
| BETTY HUNTER<br>VS.   2014-002492<br>CORNERSTONE HOSPITAL OF<br>SOUTHWEST LOUISIANA LLC | Citation<br> | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: CORNERSTONE   HOSPITAL   OF
SOUTHWEST LOUISUANA LLC

THROUGH   ITS   AGENT   FOR
SERVICE:  C  T  CORPORATION
SYSTEM
5615  CORPORATE  BLVD  SUITE
400B
BATON ROUGE, LA  70808

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of BETTY HUNTER, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 20th day of June 2014.

Issued and delivered June 24, 2014

*Darnell Richmond*
Darnell Richmond
Deputy Clerk of Court

------------------------------------------- SERVICE INFORMATION -------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

| SERVICE | $_____ | BY: | _____ |
|---|---|---|---|
| MILEAGE | $_____ | | Deputy Sheriff |
| TOTAL $_____ | | | |

Party No.    P001

Filing Date: 06/24/2014 01:34 PM    Page Count: 1
Case Number: 2014-002492
Document Name: Citation

[ Service Copy ]
CMS0085

Page 1 of 1

BETTY HUNTER, individually,     :    14TH JUDICIAL DISTRICT COURT

VS. NO. _2014-2492 QuF_     :    PARISH OF CALCASIEU

CORNERSTONE HOSPITAL OF    :    STATE OF LOUISIANA
SOUTHWEST LOUISIANA, LLC

FILED:_____ JUN 2 0 2014 _____   :    S/Shellie Lyne Hardy
                                   DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

The petition of BETTY HUNTER, individually, persons of the full age of majority of the State of Louisiana, Parish of Calcasieu, with respect represent:

### 1.

Defendant, CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC, is a limited liability company corporation doing business in the State of Louisiana which may be served through the agent for service of process, C T Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808.

### 2.

Defendant is justly and truly indebted to the plaintiff for the following reasons.

### 3.

At the time of the incident, plaintiff, BETTY HUNTER, was a 71 year old woman, living at home, alone, who had a history of falls, seizure disorder, stroke, s/p gunshot wound to head, s/p placement of metal plate in skull (1975), s/p CVA, Dilantin toxicity, and dementia.

### 4.

On May 17, 2013, plaintiff, BETTY HUNTER, was admitted to Cornerstone Hospital of Southwest Louisiana for wound care, right breast abscess, wound vac, Dilantin toxicity, Hypernatremia and Dementia. Medications that were ordered for her could easily cause dizziness and instability. Ms. Hunter had some intermittent confusion among her other diagnoses.

### 5.

On May 28, 2013, plaintiff, BETTY HUNTER, proceeded to the bathroom alone because she had no assistance. She reached the toilet but then fell and sustained severe head trauma, knocking her unconscious. She also sustained facial injuries and bruises.

6.

At all times pertinent hereto, plaintiff, BETTY HUNTER, was under the care and treatment of defendant, CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC and its staff and employees.

7.

Defendant, CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC, its employees and staff deviated from the standard of care in:

    a.    Failing to treat plaintiff as a fall risk, pursuant to her past medical history;

    b.    Failing to recognize a definite fall risk and institute preventative measures;

    c.    Failing to closely monitor the clearly unstable patient upon her admission to the hospital;

    d.    Failing to take the time to recognize standard symptoms of a fall risk;

    e.    Failing to follow their own plan of care; and

    e.    Failing to be an advocate for and support plaintiff.

8.

The defendant, CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC, is liable under the doctrine of respondeat superior for the negligent actions of its employees, who were acting within the scope of their employment at the time of the incident.

9.

As a result of said breaches of the standard of care, plaintiff, BETTY HUNTER, suffered severe physical pain, progressive neurological and musculoskeletal deterioration, severe emotional stress, loss of enjoyment of life, past and future, and past medical expenses, all for which plaintiff, is entitled to recover from the defendant in a reasonable amount to be fixed by this Honorable Court.

10.

A complaint of medical malpractice was timely filed by plaintiff, BETTY HUNTER, with the Louisiana Compensation Fund on May 8, 2014, in accordance with the Louisiana Medical Malpractice Act and entitled "Betty Hunter, individually, v. Cornerstone Hospital of Southwest Louisiana, et, al. and bearing PCF No. 2014-00503.

11.

The Patient's Compensation Fund forwarded a Notification of Coverage Letter to plaintiff, dated May 14, 2014, and received on May 15, 2014, confirming that defendant, CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC, is not a covered provider and therefore, is not qualified for the panel review.

WHEREFORE, plaintiff, BETTY HUNTER, individually, prays for service and citation on the defendant according to the law and after due proceedings had and trial thereof, there be a judgment herein in favor of plaintiff and against defendant, CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC, in just and reasonable sums as prayed for herein, together with costs of Court, prejudgment interest, and for all such other relief, both general and special, in law and in equity, to which she may show herself justly entitled.

Respectfully submitted,

LEE M. SCHWALBEN, MD., J.D., LLC

BY: _____
LEE M. SCHWALBEN, M.D., J.D.
LA BAR ROLL # 30716
616 Broad Street
Lake Charles, LA 70601
Tel. (337) 494-5757
Fax. (337) 437-7890
Email: lamedlawyer@yahoo.com

**PLEASE SERVE:**

**CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC,**
**Through the agent for service of process,**
**C T Corporation System**
**5615 Corporate Blvd., Suite 400B**
**Baton Rouge, Louisiana  70808.**

A TRUE COPY
Lake Charles, Louisiana
_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

JUN 2 4 2014

BETTY HUNTER, individually,                :        14TH JUDICIAL DISTRICT COURT

VS. NO. *2014-2492 F*                      :        PARISH OF CALCASIEU

CORNERSTONE HOSPITAL OF                    :        STATE OF LOUISIANA
SOUTHWEST LOUISIANA, LLC

FILED:   JUN 2 0 2014                      :        _S/Shellie Lynn Hardy_
                                                    DEPUTY CLERK OF COURT

## REQUEST FOR WRITTEN NOTICE OF
## ASSIGNMENT AND/OR WRITTEN NOTICE OF
## ANY ORDER OR JUDGMENT MADE OF RENDERED

TO:   Honorable Lynn Jones
      Clerk of Court
      Calcasieu Parish Courthouse
      Lake Charles, Louisiana 70601

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana
Code of Civil Procedure, you are hereby requested to give us, as counsel for petitioner,
BETTY HUNTER, individually, in the above numbered and entitled cause, written
notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing of the
case, whether on exception, rule or the merits thereof.

And, in accordance with the provisions of Articles 1913, 1914, and 1915 of the
Louisiana Code of Civil Procedure, you are hereby additionally requested to send us
immediate notice of any order judgment made or rendered in this case upon the entry of
any such order or judgment.

Respectfully submitted,

LEE M. SCHWALBEN, MD.,J.D., LLC

BY:   _____
      LEE M. SCHWALBEN, M.D., J.D.
      LA BAR ROLL # 30716
      616 Broad Street
      Lake Charles, LA 70601
      Tel. (337) 494-5757
      Fax. (337) 437-7890
      Email: lamedlawyer@yahoo.com