PAUL G. PRESTON
Ppreston@PrestonLawFirm.com

LINDA M. UZEE
Luzee@PrestonLawFirm.com

# THE PRESTON LAW FIRM, L.L.C.
*Attorneys at Law*

141 Robert E. Lee Boulevard, #118
New Orleans, Louisiana 70124

Telephone: (504) 282-2530
Facsimile: (504) 282-2531

**RECEIVED**
IN LAKE CHARLES, LA.

**DEC 22 2014**

TONY R. MOORE, CLERK
BY _____ DEPUTY

December 22, 2014

*Via* Facsimile: (337) 437-3969

Honorable Patricia Minaldi
United States District Judge
611 Broad Street, Suite 328
Lake Charles, Louisiana 70601

Re: *Betty Hunter v. Cornerstone Hospital of Southwest Louisiana, LLC*,
WDLA Civil Action No. 2:14-cv-02286-PM-KK

Dear Judge Minaldi:

On behalf of all parties and their counsel in this matter, I am advising the court that the referenced matter has settled and ask that you enter a 60-Day Order of Dismissal.

With kind regards, I remain

Sincerely,

*Linda M. Uzee*
Linda M. Uzee
Counsel for Defendant, Cornerstone Hospital
of Southwest Louisiana, LLC

cc: Mr. Lee Schwalben (*via* email)