RECEIVED
IN LAKE CHARLES, LA.

JAN 20 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BETTY HUNTER | : | DOCKET NO.   14 CV 2286 |
| VERSUS | : | JUDGE MINALDI |
| CORNERSTONE HOSPITAL OF SOUTHWEST LOUISIANA, LLC | : | MAGISTRATE JUDGE KAY |

## 60 DAY JUDGMENT OF DISMISSAL

The court having been advised by counsel for the defendant that the above-captioned matter has settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Lake Charles, Louisiana, this ___15___ day of __December__, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT COURT